UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY MASTERS,

        Plaintiff,         Case no. 10-11546

v.                            Honorable John Corbett O'Meara

CITY OF EASTPOINTE, et al.,

        Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Virginia M. Morgan's February 23, 2011 Report and Recommendation. No objections have been filed. The court being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendants' second motion for sanctions [docket #28] is GRANTED IN PART, and Plaintiff's complaint is DISMISSED without prejudice and without costs.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: March 17, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 17, 2011, using the ECF system.

                                          s/William Barkholz
                                          Case Manager